FILED: 11/30/2016

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ravinder Sood, et al.*, ) | CASE NO. CV 16-2901-GHK (JCx) |
| Plaintiffs, ) | |
| v. ) | JUDGMENT |
| *JP Morgan Chase Bank, N.A., et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

On April 28, 2016, Plaintiffs filed the above-captioned action against Defendants JP Morgan Chase Bank, N.A. ("Chase"); Newport Beach Holdings, LLC ("Newport"); Land Home Financial Services, Inc. ("Land Home"); and Dreambuilder Investments, LLC ("Dreambuilder"). Doc. 2. On July 27, 2016, Plaintiffs voluntarily dismissed Land Home with prejudice. Doc. 24. On September 2, 2016, Plaintiffs voluntarily dismissed Chase with prejudice. Doc. 44. On November 2, 2016, we dismissed Newport with prejudice. Doc. 53. On November 29, 2016, Plaintiffs voluntarily dismissed Dreambuilder without prejudice. Doc. 60. Pursuant to these orders, IT IS HEREBY ADJUDGED that Plaintiffs' Complaint is **DISMISSED** as set forth above. Plaintiffs shall take nothing by this Complaint.

1  **IT IS SO ORDERED**.

2

3  DATED: November 30, 2016

4

5  _____
6  GEORGE H. KING
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2